FILED

2022 Aug-31  PM 05:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/JGC: Sept. 2022
GJ#6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No.** |
| | ) | |
| THERENESHA LASHANDA COX | ) | |

## I N D I C T M E N T

## COUNT ONE:   [18 U.S.C. § 922(a)(6)]

The Grand Jury charges:

That on or about the 7th day of December 2020, in Jefferson County, within

the Northern District of Alabama, the defendant,

**THERENESHA LASHANDA COX,**

in connection with the acquisition of a firearm, that is, a Glock .22 caliber pistol,

bearing serial number AEMN939, and a Ruger 9mm pistol, bearing serial number

383-68587, from Brad's Pawn and Jewelry LLC, a licensed dealer of firearms within

the meaning of Chapter 44, Title 18, United States Code, knowingly made a false

and fictitious written statement, which statement was intended to and likely to

deceive an employee of Brad's Pawn and Jewelry LLC as to a fact material to the

lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title

18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, indicating that she was the actual buyer of the firearm indicated on Form 4473, when in fact, as the defendant then knew, she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____
JOHN G. CAMP
Assistant United States Attorney